MARTIN MARIETTA TECHNOLOGIES, INC. v.
BRUNSWICK COUNTY

No. 443P98

Case below: 126 N.C.App. 806

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 30 December 1998. Conditional petition by plaintiffs for

discretionary review pursuant to G.S. 7A-31 dismissed as moot 30 December 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 December 1998.